IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOSE GREGORIO CORPUS,

                MEMORANDUM

     Plaintiff,

                3:06-cv-274-bbc

  v.

FRANK LETTEMBERGER,

     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

   In this closed civil case, plaintiff has written a letter dated December 26, 2007 to request help from the court in overturning his state court conviction. As I told plaintiff in an order entered in this case on May 19, 2006, his claims that his plea and state court conviction have been obtained illegally and that his sentence is inaccurate are claims that must be raised in a petition for a writ of habeas corpus after he exhausts his state court remedies. The court cannot take action on his claims in the context of this closed civil action or on the basis of his informal letter.

   Plaintiff requests also that the court return to him an original transcript he submitted at the time he filed his complaint in this case. Plaintiff made this request previously in a letter dated June 28, 2007, and the court's file shows that the transcript exhibit was returned

1

to him on July 3, 2007.  Because I have provided to plaintiff the document he is requesting, I cannot honor his renewed request.

      Entered this 3d day of January, 2008.

                                  BY THE COURT:
                                /s/
                                BARBARA B. CRABB
                                District Judge